## ALLEN *et al. v.* WILKERSON.

*Lumpkin, J.*—1. One who, without receiving any of the considera-
tion for which a promissory note was given, signed it as a
surety for another, was none the less a surety and did not be-
come a principal merely because, in consideration of his sign-
ing, the creditor released an existing mortgage he held against
the other maker of the note. Such a transaction amounted to
no more than a substitution of one form of security for an-
other.

2. Under the evidence, and in view of the law laid down by this
court in *Lewis, Leonard & Co.* v. *Brown,* 89 *Ga.* 115 (cited ap-
provingly in *Vandiver* v. *Wright,* 94 *Ga.* 698), the verdict in the
surety's favor was right.

3. The verdict rendered in this case being beyond question for an
amount fully as large as the plaintiff, under the evidence, was
entitled to recover against the principal debtor, and the surety
having been properly discharged, it was error to grant the
plaintiff a new trial.                        *Judgment reversed.*

June 8, 1896. By two Justices. Argued at the last term.

Complaint on note. Before Judge Butt. Talbot su-
perior court. March term, 1895.

*Bull & Perryman,* for plaintiffs in error.
*J. H. McGehee,* contra.